# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PRESTIGIOUS RESIDENTIAL, INC.

VERSUS

BRITTANY DUNN AND JONATHAN WEAVER

NO.  2026 CW 0141

**APRIL 20, 2026**

---

In Re:    Brittany Dunn and Jonathan Weaver, applying for supervisory writs, Ascension Parish Court, Parish of Ascension, No. 2024831.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

   **WRIT NOT CONSIDERED.** This writ application failed to include a copy of the judgment(s), each pleading on which the judgment was founded, including the petition and motion for new trial, a copy of any opposition and attachments thereto filed by a party in the trial court, a copy of pertinent court minutes and the notice of intent and return date order, in violation of Rule 4-5(C)(6), (8), (9), (10) and (11) of the Uniform Rules of Louisiana Courts of Appeal.  In addition, this court requires a copy of the pertinent hearing transcripts for the trial and motion for new trial and a copy of all evidence admitted at the hearing.

   Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

   In the event relators seek to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application must be filed on or before May 20, 2026, and must contain a copy of this ruling.

                    **WIL**
                    **EW**
                    **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT